# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT of TENNESSEE
# at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 1:25-cr-20 |
| ) | Judge Atchley |
| v. ) | Magistrate Judge Steger |
| ) | |
| HAROLD G. RECTOR JR. ) | |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Jay Woods, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter and this entire case. The defendant is not in custody. So as not to alert the defendant in advance of his pending arrest, and to not compromise the investigation, it is respectfully requested that the Court seal the indictment and this case until such time as the defendant is arrested and this Court orders the indictment and case be unsealed. The United States asks that the sealing order permit disclosure of these documents to law enforcement officials participating in the arrest of the defendant and to the defendant after arrest.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: /s/ Jay Woods

Jay Woods, TN BPR #21768
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
jay.woods@usdoj.gov