# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT of TENNESSEE
# at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HAROLD G. RECTOR JR. ) | 1:25-cr- 20<br>Judge Atchley<br>Magistrate Judge Steger |

## ORDER TO SEAL

Upon motion of the United States and for good cause shown, the Court hereby orders that the Indictment and this case be sealed pending the further Order of this Court or another Court of competent jurisdiction. This order does not prohibit the United States from providing these documents to law enforcement officials participating in the arrest, and to the defendant after arrest.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE