U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga

Date: 3/17/25    Courtroom:

Initial Appearance: ☐ Complaint ☑ Indictment ☐ SSI ☐ Information ☑ Violation Petition ☐ Rule 5

Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

**Case No.** 1:25-CR-20 & 1:25-CR-16    **USA v.** Harold G. Rector, Jr.

Present Before: HONORABLE Christopher H. Steger    U.S. Magistrate Judge

James Brooks
Assistant U.S. Attorney

Christopher Meadows
Attorney for Defendant
☑ Appt. ☐ Retd. ☐ Ltd. App.

US Probation Officer

Kelli Jones
Courtroom Deputy

Digital Recording
Court Reporter / Digital Recording

Interpreter
☐ SWORN

**PROCEEDINGS**:
☑ Financial affidavit executed    Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
☑ Deft. pleads not guilty on counts 1 & 2    ☐ Deft. entered no plea
☑ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
☑ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:
Jury Trial: ___    Final Pretrial Conf.: ___
Detn Hrg: ___    Preliminary Examination: waived
Arraignment: ___    Motion Hrg: ___
Status Conf: ___    Other Hrg: ___
Revocation Hrg: ___

**DEADLINES SET**:
Discovery Ddl: ___    Reciprocal Discovery Ddl: ___
Motion Cut-Off: ___    Response Ddl: ___
Plea Ddl: ___    Other: ___

**BOND**:
☑ Government moved for detention
☑ Dft WAIVED detention hrg.  ☐ Detention hrg. set  ☐ Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☐ Deft. remanded to the custody of the U.S. Marshal

I, Kelli Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

DCR File: Chatt_1-25-cr-20_20250317_152927    Court time: 4:00 to 4:15