UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    No. 1:25-cr-20
    Judge Atchley/Steger

HAROLD G. RECTOR, JR.,

    Defendant.

## NOTICE OF DEFENDANT'S REQUEST FOR PRESERVATION AND DISCOVERY MATERIALS

The defendant, Harold G. Rector, Jr., by and through counsel, hereby informs this Honorable Court that the defendant has sent his request for preservation of materials and discovery letter to the Assistant United States Attorney assigned to this case. Counsel for the defendant believes that it is more appropriate to merely inform the Court by way of this Notice rather than to unnecessarily burden the Court Clerk's Office with the actual request for preservation letter.

    Respectfully submitted,

    FEDERAL DEFENDER SERVICES
    OF EASTERN TENNESSEE, INC.

    By: /s/ *Christopher Meadows*
    Christopher Meadows
    Assistant Federal Defender
    605 Chestnut Street, Suite 1310
    Chattanooga, Tennessee 37450
    Christopher_Meadows@fd.org
    (423) 756-4349
    DC Bar # 1779087