☑ **REARRAIGNMENT**
☐ WAIVER OF INDICTMENT/PLEA

Case No. 1:25-cr-20   USA v. Harold Gene Rector Jr.

**PRESENT:** Honorable Christopher H. Steger   ☐ U.S. District Judge   ☑ U.S. Magistrate Judge

| Jay Woods | Christopher Meadows | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |

| Dana Bellamy | Elizabeth Coffey | |
|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter(s) |

☐ SWORN

**PROCEEDINGS:** DEFENDANT(S) ☑ SWORN

☐ Financial affidavit(s) executed
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☑ Waiver executed
☐ Deft waived reading of indictment/information
☑ Indictment ☐ Information read
☑ Defendant pleads guilty to Count(s) 2
☑ Court finds deft competent to plead; plea voluntary
☐ Guilty plea accepted by Court; deft adjudged guilty
☑ Plea Agreement filed - - - - -   Agreement: ☐ sealed ☐ not sealed

**BOND:** ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond: _____

**SENTENCING:** 2/12/2026 10:00 am

**OTHER MATTERS:**

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Time: 11:40 to 12:08   Date: 10/1/2025

rev 3/10