UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-20 |
| v. ) | |
| ) | Atchley/Steger |
| HAROLD G. RECTOR, JR. ) | |
| ) | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with 28 U.S.C. § 636(b), the United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The United States Magistrate Judge has informed me of my right to have all proceedings, including the plea hearing, conducted before a United States District Judge.

The parties hereby voluntarily waive their right to a plea hearing in this felony case before a United States District Judge and consent to a hearing regarding defendant's plea of guilty before a United States Magistrate Judge.

NOTICE TO PARTIES: Objections to this plea hearing must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of the date of this plea hearing. 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59. Failure to file timely objections constitutes a waiver of any further right to appeal of those issues or claims addressed or resolved as a result of the plea hearing. *United States v. Walters*, 636 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated: 1 October 2025    _____ Assistant U.S. Attorney

Dated: 10/1/25    _____ Counsel for Defendant

Dated: 10/1/25    _____ Defendant