UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:25-cr-20 |
| v. | ) |
| | ) Judges Atchley/Steger |
| HAROLD G. RECTOR, JR. | ) |

## JOINT MOTION FOR ENTRY OF
## AGREED PRELIMINARY ORDER OF FORFEITURE

The United States of America, by and through Jay Woods, Assistant United States Attorney for the Eastern District of Tennessee, and Christopher Meadows, counsel for Defendant, move for entry of the attached Agreed Preliminary Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b), and in compliance with ECF Rule 4.8.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: /s/ Jay Woods
JAY WOODS, TN BPR #021768
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
Jay.Woods@usdoj.gov

/s/ Christopher Meadows
Christopher Meadows/DC BAR# 1779087
Attorney for Defendant
605 Chestnut Street, Suite 1310
Chattanooga, TN 37450 (423) 756-4349
christopher_meadows@fd.org