# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:25-cr-20 |
| v. ) | |
| ) | Judges Atchley/Steger |
| HAROLD G. RECTOR, JR. ) | |

## AGREED PRELIMINARY ORDER OF FORFEITURE

On February 25, 2025, an Indictment (Doc. 3) was filed charging Defendant, Harold G. Rector, Jr., with possession of material that contained an image of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b) (Count Two).

In the forfeiture allegations of the Indictment, the United States sought forfeiture of Defendant's interest in any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, and/or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense set forth in Count Two; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, pursuant to 18 U.S.C. § 2253.

A Plea Agreement (Doc. 20) was filed on September 16, 2025. On October 1, 2025, Defendant pled guilty to Count Two of the Indictment and agreed to facts sufficient to support the plea and forfeiture of property as set forth in the Plea Agreement. By virtue of Defendant's guilty plea, this Court has determined the property listed therein is subject to forfeiture pursuant to 18 U.S.C. § 2253. Further, the United States has established the requisite nexus between the property and the offense charged in Count Two of the Indictment, to which Defendant pled guilty.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Based on the guilty plea of Defendant for the violation of 18 U.S.C. § 2252A(a)(5)(B) and (b), as set forth in the Indictment, and pursuant to the Plea Agreement and Federal Rule of Criminal Procedure 32.2(b)(2)(A), Defendant's right, title, and interest in the following property are hereby forfeited to the United States pursuant to 18 U.S.C. § 2253:

Apple MacBook Pro, model number A2780, bearing serial number MVQWGK92GY.

2. The forfeited property is to be held by the Department of Homeland Security, or its designated representative, until the investigation is complete.

3. Pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall give notice of its intent to dispose of the property in such a manner as the United States Attorney General may direct. The Notice shall provide that any person other than the Defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within sixty (60) days from the first day of publication of the Notice on the official Government website, which is www.forfeiture.gov.

4. The Notice shall also state that the petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, and interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written Notice to any person, as a substitute for published Notice as to those persons so notified. *See* 21 U.S.C. § 853(n).

5. Upon adjudication of all other or third-party interests in the property, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

ENTER:

*[Signature]*
CHARLES E. ATCHLEY, JR.
United States District Judge

Submitted by:

FRANCIS M. HAMILTON III
United States Attorney

By: *[Signature]* 2025.10.01 13:40:27 -04'00'
JAY WOODS, TN BPR #021768
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
Jay.Woods@usdoj.gov

*[Signature]*
Harold G. Rector, Jr.
Defendant

*[Signature]*
Christopher Meadows/DC BAR# 1779087
Attorney for Defendant
605 Chestnut Street, Suite 1310
Chattanooga, TN 37450 (423) 756-4349
christopher_meadows@fd.org